In the Matter of MARK B., Appellant, v KAREN D., Respondent. [831 NYS2d 90]—Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered March 30, 2005 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded respondent sole custody of the parties' child and permitted the child to relocate with respondent to Scotland.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Green, JJ.

In the Matter of LISA M.M., Respondent, v PETER J.M., Appellant. (Appeal No. 1.) [831 NYS2d 90]—Appeal from an order of the Family Court, Onondaga County (Bryan R. Hedges, J.), entered October 12, 2005 in a proceeding pursuant to Family Court Act article 4. The order denied respondent's objection to an order of the Support Magistrate.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Green, JJ.

In the Matter of LISA M.M., Respondent, v PETER J.M., Appellant. (Appeal No. 2.) [831 NYS2d 90]—Appeal from an amended order of the Family Court, Onondaga County (Bryan R. Hedges, J.), entered November 9, 2005 in a proceeding pursuant to Family Court Act article 4. The amended order, upon a finding of a willful violation of an order of support, sentenced respondent to a period of probation.

It is hereby ordered that the amended order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Green, JJ.